~~Criminal~~ **Motion and Affidavit for Permission to Appeal In Forma Pauperis**

**Motion and Affidavit for Permission
to ~~Appeal~~ In Forma Pauperis**
Proceed

**FILED**

OCT 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Billy G. Asemani,
Pro se Petitioner,

07 1868

~~Criminal No.~~ _____
District Court or Agency No. _____

v.

The Attorney General of the U.S.A, and
The Secretary of the Department of Homeland Security

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: _Billy G. Asemani_ | Date: _September 17, 2007_ |

~~My issues on appeal are:~~    I am incarcerated

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ Ø | $_____ | $_____ | $_____ |
| Self-employment | $_____ | $_____ | $_____ | $_____ |
| Income from real property (such as rental income) | $_____ | $_____ | $_____ | $_____ |
| Interest and dividends | $_____ | $_____ | $_____ | $_____ |
| Gifts | $_____ | $_____ | $_____ | $_____ |
| Alimony | $_____ | $_____ | $_____ | $_____ |

**RECEIVED**

SEP 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

12/01/02                F-4

2

| Child support | $ ∅ | $_____ | $_____ | $_____ |
| Retirement (such as social security, pensions, annuities, insurance) | $_____ | $_____ | $_____ | $_____ |
| Disability (such as social security, insurance payments) | $_____ | $_____ | $_____ | $_____ |
| Unemployment payments | $_____ | $_____ | $_____ | $_____ |
| Public-assistance (such as welfare) | $_____ | $_____ | $_____ | $_____ |
| Other (specify):_____ | $_____ | $_____ | $_____ | $_____ |
| **Total monthly income:** | $_____ | $_____ | $_____ | $_____ |

2. *List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| **Employer** | **Address** | **Dates of employment** | **Gross monthly pay** |
|---|---|---|---|
| None | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

3. *List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| **Employer** | **Address** | **Dates of employment** | **Gross monthly pay** |
|---|---|---|---|
| N/A | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

4. *How much cash do you and your spouse have?* $ ∅

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| **Financial institution** | **Type of account** | **Amount you have** | **Amount your spouse has** |
|---|---|---|---|
| None | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

Please see attached account statement

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home              (Value) | **Other real estate**          (Value) | **Motor vehicle #1**          (Value) |
|---|---|---|
| | | Make & year: _____ |
| *None* | _____ | Model: _____ |
| | _____ | Registration #: _____ |

| **Motor vehicle #2**     (Value) | **Other assets**          (Value) | **Other assets**          (Value) |
|---|---|---|
| Make & year: _____ | _____ | _____ |
| Model: *None* | _____ | _____ |
| Registration #: _____ | _____ | _____ |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| **Person owing you or your spouse money** | **Amount owed to you** | **Amount owed to your spouse** |
|---|---|---|
| *None* | _____ | _____ |
| _____ | _____ | _____ |

7. *State the persons who rely on you or your spouse for support.*

| **Name** | **Relationship** | **Age** |
|---|---|---|
| *None* | _____ | _____ |
| _____ | _____ | _____ |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | **You** | **Your Spouse** |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ | $_____ |
|    Are real-estate taxes included?    ☐ Yes    ☐ No | | |
|    Is property insurance included?    ☐ Yes    ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $_____ | $_____ |
| Home maintenance (repairs and upkeep) | $_____ | $_____ |
| Food | $_____ | $_____ |

12/01/02                    F-6

Clothing                                                          $_____            $_____

Laundry and dry-cleaning                                         $_____            $_____

Medical and dental expenses                                      $_____            $_____

Transportation (not including motor vehicle payments)            $_____            $_____

Recreation, entertainment, newspapers, magazines, etc.           $_____            $_____

Insurance (not deducted from wages or included in
  Mortgage payments)                                   $_____            $_____

      Homeowner's or renter's       $_____            $_____

      Life                          $_____            $_____

      Health                        $_____            $_____

      Motor Vehicle                 $_____            $_____

      Other: _____          $_____            $_____

Taxes (not deducted from wages or included in
Mortgage payments) (specify): _____                   $_____            $_____

Installment payments

      Motor Vehicle                 $_____            $_____

      Credit card (name): _____  $_____            $_____

      Department Store (name): _____  $_____            $_____

      Other: _____        $_____            $_____

Alimony, maintenance, and support paid to others                 $_____            $_____

Regular expenses for operation of business, profession,
or farm (attach detailed statement)                              $_____            $_____

Other (specify): _____                     $_____            $_____

      **Total monthly expenses:**    $_____            $_____

9.  *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*
   ☐ Yes     ☒ No         *If yes, describe on an attached sheet.*

10.  Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?     ☐ Yes     ☒ No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

11.  Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes     ☒ No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

12.  Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I am an indigent inmate
Please see the attached documentation.

Billy G. Asemi,
Pro se Petitioner
Sept. 17, 2007

05/18/04                                    F-8

**Form 5.  Notice of Appeal to a Court of Appeals from a Judgment or Order of a District Court or a Bankruptcy Appellate Panel**



United    States    District    Court    for    the    _____    District    of
_____

In re

_____ ,

              Debtor

A. B., Plaintiff     )
                   )
                   )     File No. _____
          v.       )
                   )
C. D., Defendant    )

Notice of Appeal to United States Court of Appeals
for the _____ Circuit

_____ , the plaintiff [or defendant or other party] appeals to the United States Court of Appeals for the _____ Circuit from the final judgment [or order or decree] of the district court for the district of _____ [or bankruptcy appellate panel of the _____ circuit], entered in this case on _____ , 19___ [here describe the judgment, order, or decree] _____

     The parties to the judgment [or order or decree] appealed from and the names and addresses of their respective attorneys are as follows:

Dated _____

Signed _____
             Attorney for Appellant

Address: _____

_____

```
P/N      B32025                INMATE BANKING SYSTEM        DATE:  08/06/07
PAGE     1                      INMATE INQUIRY              TIME:  13:48
DOC#:  339096        NAME:  ASEMANI          GHAFOUR        SSNO:  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
NOTE:  AKA BILLY ASEMANI ON 5-31-07
   DATE    CODEID    OP ID    REFERENCE
      CRTCOSTS       HOLD     CONTRBND        TRANS      RESERVE      ACTIVE      BALANCE
08/03/07 61040001  C50581    POSTAGE
         0.00        0.00       0.00          2.49-      21.93-        0.00       21.93-
08/03/07 61040001  C50581    POSTAGE
         0.00        0.00       0.00          0.58-      19.44-        0.00       19.44-
07/25/07 61040001  C50417    POSTAGE
         0.00        0.00       0.00          1.16-      18.86-        0.00       18.86-
07/25/07 61040001  C50417    POSTAGE
         0.00        0.00       0.00          0.41-      17.70-        0.00       17.70-
07/25/07 61040001  C50417    POSTAGE
         0.00        0.00       0.00          1.48-      17.29-        0.00       17.29-
07/24/07 64040100  C50631    COPIES
         0.00        0.00       0.00          8.40-      15.81-        0.00       15.81-
07/18/07 61040001  C50581    POSTAGE
         0.00        0.00       0.00          7.03-       7.41-        0.00        7.41-
07/18/07 61040001  C50581    POSTAGE
         0.00        0.00       0.00          4.56-       0.38-        0.00        0.38-
MAIN MENU=PF5   RCPTS=PF7   DISBURS=PF8   XREF=PF9   ACCT MENU=PF10   CLEAR=SIGN OFF
```

01-18 I   MCI-H
Housing Location                    Inst.

Ghafour Asemani
Name (Print)

339096
Number

MCI-H
Payee

1.48
Amount

**FOR BUSINESS OFFICE USE ONLY**

BALANCE AS OF: JUL 2 5 2007

Date _____

Reserve $ _____

Spending $ _____

FORM W.M.C.C.-204    7/23/07

## CERTIFICATION OF PRISON ACCOUNT STATEMENT

**NOTICE TO PRISONER:**  You must submit to this Court a certified copy of your prison trust fund account statement (or institutional equivalent) for each institution in which you have been confined for the six-month period immediately preceding the date of this application.  28 U.S.C. §1915(a)(2).  If you were housed in more than one institution in the past 6 months, a copy of the certification must be completed by each institution.  The following certification from an authorized officer of your institution(s) must accompany the account statement(s):

**NOTICE TO PRISON OFFICIALS:  Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis.  28 U.S.C. § 1915(b)(2) (April 26, 1996).  Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward monthly payments of 20% of the income credited to the prisoner's account during the preceding month, each time the amount in the account exceeds $10, until the entire filing and/or docketing fee has been paid.**

   I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

R. Suly Const
_____
Authorized Officer of Institution

(Rev. 5/00).