UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Billy G. Asemani,           )
                            )
    Petitioner,        )
                            )
v.                          )   Civil Action No. 07 1868
                            )
The Attorney General *et al.*, )
                            )
    Respondents.       )

TRANSFER ORDER

Petitioner is a Maryland state prisoner confined in Cumberland, Maryland. He petitions for a writ of *habeas corpus*. The proper respondent in *habeas corpus* cases is the petitioner's warden or immediate custodian. *Rumsfeld v. Padilla,* 124 S.Ct. 2711 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Commission*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). Petitioner's custodian is not within this Court's territorial jurisdiction. The Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this 3rd day of October 2007,

ORDERED that this case is TRANSFERRED to the United States District Court for the District of Maryland. The Clerk of this Court shall file and docket the petition. Whether petitioner should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

/s/
United States District Judge